UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RANDY SANCHEZ, on behalf of himself
and all others similarly situated,

                        Plaintiffs,

-against-

BLUEMERCURY, INC.

                     Defendant.
------------------------------------------------------------x

Case No. 1:22-CV-07427-NGG-SJB

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RANDY SANCHEZ ("Plaintiff") and BLUEMERCURY, INC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: 2/28/2023, 2023

The Law Office of Noor A. Saab, Esq.

By: _Noor A. Saab_
Noor A. Saab Esq.
*Attorney for Plaintiff*
380 North Broadway, Ste 300
Jericho, NY 11753
Tel: 718-740-5060
Email: SaabEsq@Gmail.com

Macy's Law Department

By: _[signature]_
Aahren R. DePalma (AD2084)
*Attorney for the Defendant*
11477 Olde Cabin Road, Suite 400
St. Louis, MO 63141
Tel: 314-342-6454
Email: aahren.depalma@macys.com

SO ORDERED:

Dated: Feb. 28, 2023

s/Nicholas G. Garaufis
United States District Judge

1